AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

|  |  |
|---|---|
| Louis J. Holtz, an individual, and Louis J. Holtz, Inc., a Florida corporation ) ) ) ) *Plaintiff(s)* ) ) v. ) ) The Daily Beast Company, LLC, a New York limited ) liability company; IAC/InterActiveCorp., ) a New York corporation; The YGS Group, Inc., a ) Pennsylvania corporation; and Betsy Woodruff, an individual ) *Defendant(s)* ) | Civil Action No. 6:17-CV-2136-OR1-31-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    IAC/InterActiveCorp.
    c/o CT Corporation System
    111 Eighth Ave
    New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Clay M. Townsend, Esq.
    20 North Orange Avenue, Suite 1500
    Orlando, Florida 32801
    Telephone: (407) 418-2075
    Facsimile: (407) 245-3346

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/13/17

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_